IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

WILLIAM HENRY HUNT, JR.                                                                           PLAINTIFF

v.                                            No. 2:05CV00252 GH

JONATHAN PARKS, IN HIS OFFICIAL AND
INDIVIDUAL CAPACITY                                                                               DEFENDANT

## **ORDER**

Plaintiff's December 8th motion (#5) to dismiss this case with prejudice due to a compromise settlement of all claims is hereby granted.

IT IS SO ORDERED this 12th day of December, 2005.

*George Howard, Jr.*
UNITED STATES DISTRICT JUDGE